# IN THE UNITED STATES MAGISTRATE COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **HAROLD CLICK,** <br><br> Defendant. | PO-20-05060-BLG-TJC <br> Violation No. 9509528 <br> Location Code:  M14 <br><br><br> **ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |

Based on motion of the United States and good cause appearing,

IT IS ORDERED that the motion to dismiss (Doc. 14) Violation Notice 9509528 is GRANTED.  This matter is dismissed without prejudice.

IT IS FURTHERED ORDERED that the trial currently set for January 13, 2021 is VACATED.

DATED this 12th day of January, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge